UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-25084-DPG

HECTOR CRUZ RAMIREZ,

   Petitioner,

v.

ROGER MORRIS, *et al.*,

   Respondents.
_____/

**ORDER**

THIS CAUSE comes before the Court upon the review of the Petitioner Hector Cruz Ramirez ("Petitioner")'s Petition for Writ of Habeas Corpus and Request for Order to Show Cause ("Petition"). [ECF No. 1]. THE COURT has considered the Petition, the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Request for Order to Show Cause is granted. The Clerk is directed to serve the Petitioner's Petition for Writ of Habeas Corpus and Request for Order to Show Cause, along with a copy of this Order, upon the Respondents Roger Morris, Garret Ripa, Todd Lyons, Kristi Noem, Pamela Bondi, and the Executive Office for Immigration Review.

Following service, the Respondents shall "make a return certifying the true cause of the [Petitioner's] detention," 28 U.S.C. § 2243, **within three (3) business days of service**. Petitioner may, but is not required to, file a traverse within **three (3) business days** from the date of Respondents' response.

Furthermore, to preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of

1

the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of November, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE